(1 N. Y. Ann. Cas. 406.)

### GARVEY v. UNITED STATES HORSE & CATTLE SHOW SOC.

(Common Pleas of New York City and County, Special Term. March, 1895.)

Costs—Denial of New Trial.
On the denial of a motion for new trial on a case settled, the successful party is entitled, as of right, to the same costs as on appeal.

Action by James Garvey, as receiver, against the United States Horse & Cattle Show Society. Complaint dismissed. Motion for new trial denied.

J. B. Hands, for plaintiff.
Jay & Candler, for defendant.

PRYOR, J. The disallowance of costs to defendant was improvident. Upon denial of a motion for a new trial on a case settled, the successful party is entitled to costs as of right, and those costs are the same as on appeal. The cases cited by plaintiff sustain his contention, but they are contrary to Atkinson v. Truesdell (Super. N. Y.) 7 N. Y. Supp. 801, and Wilcox v. Daggett, 15 N. Y. Wkly. Dig. 208, and to the adjudication of this court in Perkins v. Quarry Co. (Com. Pl.) 32 N. Y. Supp. 236.